[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-15828
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 7, 2012
JOHN LEY
CLERK

D.C. Docket No. 6:10-cr-00161-ACC-GJK-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL FRANK BURGESS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(June 7, 2012)

Before HULL, MARTIN and HILL, Circuit Judges.

PER CURIAM:

Sean M. Wagner, counsel for Michael Frank Burgess in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Burgess's convictions and sentences are **AFFIRMED**. Accordingly, Burgess's motion for leave to file a *pro se* supplemental brief is **DENIED**.